```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                           ----oo0oo----

CAROL DAVIS, JOHN DAVIS, and
MICHELLE TORIGIANI,
                                    NO. CIV. S-03-1649 WBS DAD
            Plaintiffs,             NO. CIV. S-04-0300 WBS GGH

       v.                           ORDER RE: COSTS

LOCKHEED MARTIN, et al.,

            Defendants.
_____

LAURIE H. LABARE, et al.,

            Plaintiffs,

       v.

LOCKHEED MARTIN, et al.,

            Defendants.
_____

TRIAD INTERNATIONAL MAINTENANCE
CORPORATION, and TIMCO AVIATION
SERVICES, INC.,

            Third-Party Plaintiffs,

       v.

HAWKINS & POWERS AVIATION, INC.,

            Third-Party Defendant.
_____
```

1

1         On April 18, 2005, this court issued an order granting
2 summary judgment to third-party defendant Hawkins & Powers
3 Aviation, Inc. ("Hawkins") against all claims made by Triad
4 International Maintenance Corporation and TIMCO Aviation
5 Services, Inc. (collectively, "TIMCO").  (Apr. 18, 2005 Order at
6 10).  On September 26, 2005, judgment was entered against TIMCO
7 in favor of Hawkins.  On October 4, 2005, Hawkins submitted its
8 bill of costs in the amount of $8,672.36.  TIMCO does not object
9 to the bill.

10         Rule 54(d)(1) of the Federal Rules of Civil Procedure
11 and Local Rule 54-292(f) govern the taxation of costs to losing
12 parties, subject to limits set under 28 U.S.C. § 1920.  See 28
13 U.S.C. § 1920 (enumerating taxable costs); Fed. R. Civ. P.
14 54(d)(1) ("[C]osts other than attorneys' fees shall be allowed as
15 of course to the prevailing party unless the court otherwise
16 directs . . . ."); L.R. 54-292(f); Crawford Fitting Co. v. J.T.
17 Gibbons, 482 U.S. 437, 441 (1987) (limiting taxable costs to
18 those enumerated in 28 U.S.C. § 1920).  The district court has
19 discretion to determine what constitutes a taxable cost within
20 the meaning of 28 U.S.C. § 1920.  Amarel v. Connell, 102 F.3d
21 1494, 1523 (9th Cir. 1997); Alflex Corp. v. Underwriters' Lab.,
22 Inc., 914 F.2d 175, 177 (9th Cir. 1990).  The losing party has
23 the burden of overcoming the presumption in favor of awarding
24 costs to the prevailing party.  See Russian River Watershed
25 Protection Comm. v. City of Santa Rosa, 142 F.3d 1136, 1144 (9th
26 Cir. 1998); Amarel, 102 F.3d at 1523.
27 ///
28 ///

After reviewing the bill, the court finds all costs to be reasonable.  Accordingly, costs of **$8,672.36** will be allowed.

IT IS SO ORDERED.

DATED: October 24, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE